FILED
JUL 3 1 2008
Clerk, U.S. District and Bankruptcy Courts

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

COMPLAINT

Francis Hempston McFadden )
30174 083 )
~~FCI Schuylkill P.O. Box~~ ) Rivers Correctional
~~759 Minersville PA~~ ) Institution P.O. Box 630
(Enter your full name, prison number Winton N.C. 27986
and address)

v.

U.S. Parole Commission) Mr A Faller operation Manager
5550 Friendship Blvd ) Designation and Sentence computati[on]
Chevy Chase MD ) Center
US Dept of Justice) Grand Praire Texas
(Enter the full name and address(es), if know, of the defendant(s) in this action)

Case: 1:08-cv-01328
Assigned To : Bates, John D.
Assign. Date : 7/31/2008
Description: Pro Se General Civil

**COMPLAINT FOR VIOLATION OF CIVIL RIGHTS**

Instructions for filing a Complaint by a Prisoner
Under the Civil Rights Act, 42 U.S.C. § 1983

This packet contains one copy of a complaint form and one copy of an application to proceed *in forma pauperis*. To start an action, you must file an original and one copy of this complaint form.

Your complaint must be clearly handwritten or typewritten and you must sign and declare under penalty of perjury that the facts are correct. If you need additional space to answer a question, you may use another blank page.

Your complaint can be brought in this Court only if one or more of the named defendants is located within the District of Columbia. Further, you must file a separate for each claim that you have unless they are related to the same incident or problem. The law requires that you state only facts in your complaint.

You must supply a certified copy of your prison trust account, pursuant to the provisions of 28 U.S.C. §1915, effective April 26, 1996. The filing fee is $350.00. If insufficient funds exist in your prison account at the time of filing your complaint, the court must access, and when funds exist, collect an initial filing fee equal to 20 percent of the greater of:

(1) the average monthly deposits to your prison account, or
(2) the average monthly balance of your prison account for the prior six-month period.

RECEIVED
JUL 2 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) ____________________

6. Approximate date of filing lawsuit: ____________________

7. Approximate date of disposition: ____________________

## III. PLACE OF CONFINEMENT

FCI Schuylkill P.O. Box 700 Minerville PA 17945-0700
Rivers Correct. Institution PO Box 630 Winton NC

A. Is there a prisoner grievance procedure in this institution? Yes (✓) No ( )
If your answer is Yes, go to Question III B. If your answer is No, skip Questions III, B, C and D and go to Question III E.

B. Did you present the facts relating to your complaint in the prisoner grievance procedure?
Yes (✓) No ( )

C. If your answer is Yes to Question III B:

1. To whom and when did you complain? Grievance procedure process. Ms. Shires P.O. Box

2. Did you complain in writing? (Furnish copy of the complaint you made, if you have one.) Yes (✓) No ( )

3. What, if any, response did you receive? (Furnish copy of response, if in writing.) Response enclosed

4. What happened as a result of your complaint? No correction or change

D. If your answer is No to Question III B, explain why not. ____________________

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes ( ) No ( )

F. If your answer is Yes to Question III E;

1. To whom and when did you complain? ____________________

2. Did you complain in writing? (Furnish copy of the complaint you made, if you have one.) Yes ( ) No ( )

3. What, if any response did you receive? (Furnish copy of response, if in writing.)

4. What happened as a result of your complaint?

## IV. PARTIES

In item A below, place your name and prison number in the first blank and your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of Plaintiff: FRANCIS HEMPSTON MCFADDEN 30174 083
TRANS- Address: ~~FCI Schuylkill P.O. BOX 700 Minersville P.A. 17945-0700~~
RIVERS Correctional INStitution Winton N.C 27986

In item B below, place the full name of the defendant(s) in the first blank, their official position in the second blank, their place of employment in the third blank, and their address in the fourth blank. Do the same for additional defendants, if any.

B. Defendant: U.S. Parole Commission
U.S. Department of Justice
Address: U.S. Parole Commission
5550 Friendship Blvd Chevy Chase Md 20815-7201

Defendant: Mr A faller Operation Manager
U.S Department of Justice
Address: Designation and sentence computation Center Grand Prairie TEXAS 75051

Defendant:

Address:

Defendant:

Address:

## V. STATEMENT OF CLAIM

State here briefly as possible the facts of your case. Describe how each defendant is involved. Include the names of other persons involved, dates, and places. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra sheets, if necessary.

There are error in time computation dates The Mandatory Release date of 8/12/2012 is incorrect: it should be 10/20/08

The full TERM Expiration Date of 11/7/2014 is incorrect: It Should be 2/9/09

The US PArole Commission refuses to acknowledge the Correct dAtes. The DAtes were suppled by CSOSA and USPC. They were given to the Colurts, Judge Crushenberry and Approved as Correct. See attachments 1 & 2

VI. RELIEF

State briefly exactly what you want the Court to do for you.

Correct and Change my MAndAtory RElEASE DAte from 8/12/2012 to 10/20/2008

Correct and Change full TERM ExpirAtion DAte from 11/7/2014 to 2/9/2009

VOID US PArole Commission NOTICE OF ACTION DAted 10/4/07 from re-pArole date MAY 2, 2011 to re-pArole date of 10/20/08 Notify US PArole Commission of this action, if new hearing IS WArrAnted.

Signed this 21 day of ~~[redacted]~~ JULY, 2008.

Francis McFadden
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

7/21/08
(Date)

Francis McFadden
(Signature of Plaintiff)

RIVAH 540*23 * SENTENCE MONITORING * 07-01-2008
PAGE 001 * COMPUTATION DATA * 13:08:04
AS OF 11-28-2003

REGNO..: 30174-083 NAME: MCFADDEN, FRANCIS H

FBI NO...........: 986430G
ARS1.............: RIV/A-DES
UNIT.............: A
DETAINERS........: NO

DATE OF BIRTH: 05-21-1952

QUARTERS.....: A01-211U
NOTIFICATIONS: NO

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE: 11-28-2003 VIA MAND PAR

-----------------------PRIOR JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION...........: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER...................: F69-81,18-80,76-81
JUDGE...........................: HANNON
DATE SENTENCED/PROBATION IMPOSED: 11-13-1981
DATE WARRANT ISSUED.............: 03-25-1993
DATE WARRANT EXECUTED...........: 06-09-1993
DATE COMMITTED..................: 02-24-2000
HOW COMMITTED...................: RETURN OF PAROLE VIOLATOR
PROBATION IMPOSED...............: NO
SPECIAL PAROLE TERM.............:

RESTITUTION...: PROPERTY: NO SERVICES: NO AMOUNT: $00.00

--------------------------PRIOR OBLIGATION NO: 010 ---------------------------

OFFENSE CODE....: 605
OFF/CHG: DC CODE,22-1801, BURGLARY II,2 COUNTS, UUV, BRA.

SENTENCE PROCEDURE.............: DC CODE ADULT
SENTENCE IMPOSED/TIME TO SERVE.: 15 YEARS 18 MONTHS
NEW SENTENCE IMPOSED...........: 2316 DAYS
BASIS FOR CHANGE...............: PAROLE VIOLATOR WARRANT EXEC
DATE OF OFFENSE................: 02-13-1981

-----------------------PRIOR JUDGMENT/WARRANT NO: 020 -----------------------

COURT OF JURISDICTION...........: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER...................: F5822-93,B.
JUDGE...........................: CHRISTIAN
DATE SENTENCED/PROBATION IMPOSED: 09-03-1993
DATE WARRANT ISSUED.............: N/A
DATE WARRANT EXECUTED...........: N/A

G0002 MORE PAGES TO FOLLOW . . .

08 1328
FILED
JUL 31 2008
Clerk, U.S. District and Bankruptcy Courts

RIVAH 540*23 * SENTENCE MONITORING * 07-01-2008
PAGE 003 * COMPUTATION DATA * 13:08:04
AS OF 11-28-2003

REGNO..: 30174-083 NAME: MCFADDEN, FRANCIS H

---------------------------PRIOR OBLIGATION NO: 010 ---------------------------

OFFENSE CODE....: 695
OFF/CHG: DC CODE; 23-1327, BAIL REFORM ACT.

SENTENCE PROCEDURE.............: DC CODE GTCA MISDEMANOR <= 180 DAYS
SENTENCE IMPOSED/TIME TO SERVE.: 120 DAYS
DATE OF OFFENSE................: 01-01-1993

---------------------------PRIOR COMPUTATION NO: 010 ---------------------------

COMPUTATION 010 WAS LAST UPDATED ON 11-28-2003 AT CDC AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 010: 010 010, 020 010, 030 010

DATE COMPUTATION BEGAN..........: 06-09-1993
AGGREGATED SENTENCE PROCEDURE...: DC CODE OLD LAW / GTCA AGGREGATE
CONTROLLING SENTENCE............: DC GTCA/OMNIBUS
TOTAL TERM IN EFFECT............: 9 YEARS 2436 DAYS
TOTAL TERM IN EFFECT CONVERTED..: 15 YEARS 7 MONTHS 30 DAYS
AGGREGATED MINIMUM TERM.........: 3 YEARS 40 DAYS
EARLIEST DATE OF OFFENSE........: 02-13-1981

TOTAL JAIL CREDIT TIME..........: 0
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: 10
TOTAL SGT POSSIBLE..............: 1880
PAROLE ELIGIBILITY..............: 01-20-1996
STATUTORY RELEASE DATE..........: 12-16-2003
TWO THIRDS DATE.................: N/A
180 DAY DATE....................: N/A
EXPIRATION FULL TERM DATE.......: 02-07-2009

This is correct and should still be correct instead of 2014.

G0002 MORE PAGES TO FOLLOW . . .

```
RIVAH   540*23 *                 SENTENCE MONITORING            *     07-01-2008
PAGE 002 OF 002 *                 COMPUTATION DATA              *     13:08:10
                                  AS OF 08-04-2005

REGNO..: 30174-083 NAME: MCFADDEN, FRANCIS H


--------------------------PRIOR COMPUTATION NO: 020 --------------------------

COMPUTATION 020 WAS LAST UPDATED ON 06-24-2005 AT CRO AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 020:   040 010

DATE COMPUTATION BEGAN..........: 08-17-2004
TOTAL TERM IN EFFECT............:  3589 DAYS
TOTAL TERM IN EFFECT CONVERTED..:     9 YEARS      9 MONTHS      29 DAYS
EARLIEST DATE OF OFFENSE........: 04-09-1980

JAIL CREDIT.....................:   FROM DATE     THRU DATE
                                    04-13-2004    08-16-2004

TOTAL JAIL CREDIT TIME..........: 126
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: 8
TOTAL SGT POSSIBLE..............: 943
PAROLE ELIGIBILITY..............: COMMISSION'S DISCRETION
STATUTORY RELEASE DATE..........: 07-11-2011
TWO THIRDS DATE.................: N/A
180 DAY DATE....................: 08-12-2013
EXPIRATION FULL TERM DATE.......: 02-08-2014

PAROLE EFFECTIVE................: 08-04-2005
PAROLE EFF VERIFICATION DATE....: 06-23-2005
NEXT PAROLE HEARING DATE........: N/A
TYPE OF HEARING.................: PAROLE EFFECTIVE

ACTUAL SATISFACTION DATE........: 08-04-2005
ACTUAL SATISFACTION METHOD......: PAROLE
ACTUAL SATISFACTION FACILITY....: RIV
ACTUAL SATISFACTION KEYED BY....: JWW

DAYS REMAINING..................: 3110
FINAL PUBLIC LAW DAYS...........: 0

REMARKS.......: COMPUTATION CERTFIED BY DCRC ON 06-27-05




G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

REGNO..: 30174-083 NAME: MCFADDEN, FRANCIS H

--------------------------PRIOR COMPUTATION NO: 030 --------------------------

COMPUTATION 030 WAS LAST UPDATED ON 08-05-2005 AT CDC AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 030: 050 010

DATE COMPUTATION BEGAN..........: 08-04-2005
TOTAL TERM IN EFFECT............: 120 DAYS
TOTAL TERM IN EFFECT CONVERTED..: 3 MONTHS 28 DAYS
EARLIEST DATE OF OFFENSE........: 11-11-1111

TOTAL JAIL CREDIT TIME..........: 0
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: 0
TOTAL SGT POSSIBLE..............: 0
PAROLE ELIGIBILITY..............: N/A
STATUTORY RELEASE DATE..........: N/A
TWO THIRDS DATE.................: N/A
180 DAY DATE....................: N/A
EXPIRATION FULL TERM DATE.......: 12-01-2005

NEXT PAROLE HEARING DATE........: N/A
TYPE OF HEARING.................: NOT ELIGIBLE

ACTUAL SATISFACTION DATE........: 08-16-2005
ACTUAL SATISFACTION METHOD......: PL RELEASE
ACTUAL SATISFACTION FACILITY....: CDC
ACTUAL SATISFACTION KEYED BY....: LKM

DAYS REMAINING..................: 107
FINAL PUBLIC LAW DAYS...........: 0

REMARKS.......: NOA DTD 06-23-05 ORDERED I/M TO RESIDE AT CCC FOR UP TO 120
DAYS. DOO: 04-09-80.

G0000 TRANSACTION SUCCESSFULLY COMPLETED

RIVAH 540*23 * SENTENCE MONITORING * 07-01-2008
PAGE 001 * COMPUTATION DATA * 13:08:10
AS OF 08-04-2005

REGNO..: 30174-083 NAME: MCFADDEN, FRANCIS H

FBI NO...........: 986430G
ARS1.............: RIV/A-DES
UNIT.............: A
DETAINERS........: NO

DATE OF BIRTH: 05-21-1952

QUARTERS.....: A01-211U
NOTIFICATIONS: NO

PRE-RELEASE PREPARATION DATE: 06-19-2005

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE: 08-04-2005 VIA PAROLE

------------------------PRIOR JUDGMENT/WARRANT NO: 040 ------------------------

COURT OF JURISDICTION...........: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER...................: F-1169-81/F-876-81
JUDGE...........................: HANNON
DATE SENTENCED/PROBATION IMPOSED: 11-13-1981
DATE WARRANT ISSUED.............: 04-13-2004
DATE WARRANT EXECUTED...........: 08-17-2004
DATE COMMITTED..................: 06-09-2005
HOW COMMITTED...................: RETURN OF PAROLE VIOLATOR
PROBATION IMPOSED...............: NO
SPECIAL PAROLE TERM.............:

RESTITUTION...: PROPERTY: NO SERVICES: NO AMOUNT: $00.00

REMARKS.......: THIS VIOLATION ALSO INCLUDES F1718-80, F5821-93, & F5822-93.

---------------------------PRIOR OBLIGATION NO: 010 ---------------------------

OFFENSE CODE....: 603
OFF/CHG: 22-103,2204, ATT UUV; 23-1327(A), BRA (2 CTS); 22-1801(B),
BURGLARY II (3 CTS)

SENTENCE PROCEDURE.............: DC CODE ADULT
SENTENCE IMPOSED/TIME TO SERVE.: 24 YEARS 18 MONTHS 120 DAYS
NEW SENTENCE IMPOSED...........: 3589 DAYS
BASIS FOR CHANGE...............: PAROLE VIOLATOR WARRANT EXEC
DATE OF OFFENSE................: 04-09-1980

Sentence should read 5-15 yrs
6-18 months

G0002 MORE PAGES TO FOLLOW . . .

```
  RIVAH   540*23 *                SENTENCE MONITORING              *      07-01-2008
 PAGE 002        *                 COMPUTATION DATA                *      11:38:59
                                   AS OF 07-01-2008

REGNO..: 30174-083 NAME: MCFADDEN, FRANCIS H

-------------------------CURRENT COMPUTATION NO: 040 --------------------------

COMPUTATION 040 WAS LAST UPDATED ON 11-14-2007 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 11-14-2007 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 040: 060 010

DATE COMPUTATION BEGAN..........: 05-04-2006
TOTAL TERM IN EFFECT............:  3110 DAYS
TOTAL TERM IN EFFECT CONVERTED..:    8 YEARS      6 MONTHS      4 DAYS
EARLIEST DATE OF OFFENSE........: 04-09-1980

TOTAL JAIL CREDIT TIME..........: 0
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: 8
TOTAL SGT POSSIBLE..............: 817
PAROLE ELIGIBILITY..............: COMMISSION'S DISCRETION
STATUTORY RELEASE DATE..........: 08-12-2012
TWO THIRDS DATE.................: N/A
180 DAY DATE....................: 05-11-2014
EXPIRATION FULL TERM DATE.......: 11-07-2014

PRESUMPTIVE PAROLE DATE.........: 05-02-2011
NEXT PAROLE HEARING DATE........: 10-00-2009
TYPE OF HEARING.................: STATUTORY INTERIM HEARING

PROJECTED SATISFACTION DATE.....: 05-02-2011
PROJECTED SATISFACTION METHOD...: PRESUM PAR
```

Same amount of day left to serve as the amount shown in 1995 often 1st revocation hearing

```
G0002        MORE PAGES TO FOLLOW . . .
```

```
  SCHV0   540*23 *
PAGE 002 OF 002 *          SENTENCE MONITORING              *    04-11-2007
                             COMPUTATION DATA               *    07:48:42
                            AS OF 04-11-2007

REGNO..: 30174-083 NAME: MCFADDEN, FRANCIS H

-------------------------CURRENT COMPUTATION NO: 050 --------------------------

COMPUTATION 050 WAS LAST UPDATED ON 04-11-2007 AT DSC AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 050: 070 010

DATE COMPUTATION BEGAN..........: 09-20-2006
TOTAL TERM IN EFFECT............:    30 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     2 YEARS       6 MONTHS
EARLIEST DATE OF OFFENSE........: 03-03-2006

JAIL CREDIT.....................:    FROM DATE      THRU DATE
                                     03-03-2006     03-04-2006

TOTAL PRIOR CREDIT TIME.........: 2
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 117
TOTAL GCT EARNED................: 0
STATUTORY RELEASE DATE PROJECTED: 11-20-2008
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 03-17-2009

PROJECTED SATISFACTION DATE.....: 11-20-2008
PROJECTED SATISFACTION METHOD...: GCT REL
```

TRUE release Date. instead of { 11-20-2014 Full Term / 8-12-2012 MAN. REL.
Full TERM 03/17/09
MAN. RELEASE 11/20/08

This is the Correct TIME Computation.

G0000 TRANSACTION SUCCESSFULLY COMPLETED

2-14-2014 incorrect dat
full term Date

May 2 20011 parole date.
incorrect.

```
  RIVAH   540*23 *            SENTENCE MONITORING              *      07-01-2008
PAGE 004 OF 004 *              COMPUTATION DATA                *      11:38:59
                               AS OF 07-01-2008

REGNO..: 30174-083 NAME: MCFADDEN, FRANCIS H

-------------------------CURRENT COMPUTATION NO: 050 -------------------------

COMPUTATION 050 WAS LAST UPDATED ON 04-11-2007 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 04-13-2007 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 050: 070 010

DATE COMPUTATION BEGAN..........: 09-20-2006
TOTAL TERM IN EFFECT............:    30 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     2 YEARS       6 MONTHS
EARLIEST DATE OF OFFENSE........: 03-03-2006

JAIL CREDIT.....................:   FROM DATE      THRU DATE
                                    03-03-2006     03-04-2006

TOTAL PRIOR CREDIT TIME.........: 2
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 117
TOTAL GCT EARNED................: 54
STATUTORY RELEASE DATE PROJECTED: 11-20-2008
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 03-17-2009


PROJECTED SATISFACTION DATE.....: 11-20-2008
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: RELEASE AUDIT COMPLETED BY DSCC.
```

Jail credit
should be MAY 4 06 –
Oct 23 06
3/3/06 – 3/4/06

```
G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

RIVAH 540*23 * SENTENCE MONITORING * 07-01-2008
PAGE 001 * COMPUTATION DATA * 13:08:43
AS OF 08-16-2005

REGNO..: 30174-083 NAME: MCFADDEN, FRANCIS H

FBI NO...........: 986430G DATE OF BIRTH: 05-21-1952
ARS1.............: RIV/A-DES
UNIT.............: A QUARTERS.....: A01-211U
DETAINERS........: NO NOTIFICATIONS: NO

PRE-RELEASE PREPARATION DATE: 08-16-2005

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE: 08-16-2005 VIA PL RELEASE

------------------------PRIOR JUDGMENT/WARRANT NO: 050 ------------------------

COURT OF JURISDICTION...........: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER...................: F-1169-81/F-876-81
JUDGE...........................: HANNON
DATE SENTENCED/PROBATION IMPOSED: 11-13-1981
DATE WARRANT ISSUED.............: N/A
DATE WARRANT EXECUTED...........: N/A
DATE COMMITTED..................: 08-04-2005
HOW COMMITTED...................: PUBLIC LAW-PAROLEE
PROBATION IMPOSED...............: NO
SPECIAL PAROLE TERM.............:

RESTITUTION...: PROPERTY: NO SERVICES: NO AMOUNT: $00.00

---------------------------PRIOR OBLIGATION NO: 010 ---------------------------

OFFENSE CODE....: 603
OFF/CHG: 22-103,2204, ATT UUV; 23-1327(A), BRA (2 CTS); 22-1801(B),
BURGLARY II (3 CTS)

SENTENCE PROCEDURE.............: 4209 PAROLEE IN PRGM WITH DRUG AFT CARE
SENTENCE IMPOSED/TIME TO SERVE.: 120 DAYS
DATE OF OFFENSE................: 11-11-1111

G0002 MORE PAGES TO FOLLOW . . .

RIVAH 540*23 * SENTENCE MONITORING * 07-01-2008
PAGE 001 * COMPUTATION DATA * 11:38:59
AS OF 07-01-2008

REGNO..: 30174-083 NAME: MCFADDEN, FRANCIS H

FBI NO...........: 986430G DATE OF BIRTH: 05-21-1952
ARS1.............: RIV/A-DES
UNIT.............: A QUARTERS.....: A01-211U
DETAINERS........: NO NOTIFICATIONS: NO

PRE-RELEASE PREPARATION DATE: 11-02-2010

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE: 05-02-2011 VIA PRESUM PAR

----------------------CURRENT JUDGMENT/WARRANT NO: 060 ------------------------

COURT OF JURISDICTION...........: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER...................: F-1169-81/F-876-81
JUDGE...........................: HANNON
DATE SENTENCED/PROBATION IMPOSED: 11-13-1981
DATE WARRANT ISSUED.............: 04-13-2006
DATE WARRANT EXECUTED...........: 05-04-2006
DATE COMMITTED..................: 10-24-2006
HOW COMMITTED...................: RETURN OF PAROLE VIOLATOR
PROBATION IMPOSED...............: NO
SPECIAL PAROLE TERM.............:

RESTITUTION...: PROPERTY: NO SERVICES: NO AMOUNT: $00.00

-------------------------CURRENT OBLIGATION NO: 010 ---------------------------

OFFENSE CODE....: 603
OFF/CHG: 22-103,2204 ATT UUV; 23-1327(A) BRA; 22-1801(B) (2 CTS); AND
22-1801(B) BURGLARY II (3 CTS)

SENTENCE PROCEDURE.............: DC CODE ADULT
SENTENCE IMPOSED/TIME TO SERVE.: 24 YEARS 18 MONTHS 120 DAYS
NEW SENTENCE IMPOSED...........: 3110 DAYS
BASIS FOR CHANGE...............: PAROLE VIOLATOR WARRANT EXEC
DATE OF OFFENSE................: 04-09-1980

010, 020, 030

Sentence should read
5-15yrs Burgl. II
6-18 months BRA
3110 are the same as 1995
when parole was 1st revoked

G0002 MORE PAGES TO FOLLOW . . .

```
  RIVAH   540*23 *                SENTENCE MONITORING              *      07-01-2008
PAGE 003         *                 COMPUTATION DATA                *      11:38:59
                                   AS OF 07-01-2008

REGNO..: 30174-083 NAME: MCFADDEN, FRANCIS H

FBI NO...........: 986430G                      DATE OF BIRTH: 05-21-1952
ARS1.............: RIV/A-DES
UNIT.............: A                            QUARTERS.....: A01-211U
DETAINERS........: NO                           NOTIFICATIONS: NO

PRE-RELEASE PREPARATION DATE: 11-02-2010

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  05-02-2011 VIA PRESUM PAR

----------------------CURRENT JUDGMENT/WARRANT NO: 070 ------------------------

COURT OF JURISDICTION...........: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER...................: 2006 CF2 4268
JUDGE...........................: CUSHENBERRY
DATE SENTENCED/PROBATION IMPOSED: 09-20-2006
DATE COMMITTED..................: 10-24-2006
HOW COMMITTED...................: DC SUPERIOR COURT COMT
PROBATION IMPOSED...............: NO

                 FELONY ASSESS  MISDMNR ASSESS  FINES         COSTS
NON-COMMITTED.:  $00.00         $00.00          $00.00        $200.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO        AMOUNT:  $00.00

-------------------------CURRENT OBLIGATION NO: 010 ---------------------------

OFFENSE CODE....:  605
OFF/CHG: 22-801(B) BURGLARY II

 SENTENCE PROCEDURE.............: DC SRAA ADULT SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    30 MONTHS
 TERM OF SUPERVISION............:    36 MONTHS
 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: CC TO PV TERM
 DATE OF OFFENSE................: 03-03-2006
```

IF TIME RAN Concorrent then why was full term Expiration Date changed to 2014?

G0002        MORE PAGES TO FOLLOW . . .

```
  RIVAH   540*23 *          SENTENCE MONITORING          *      07-01-2008
PAGE 004 OF 004 *            COMPUTATION DATA            *      13:08:04
                             AS OF 11-28-2003

REGNO..: 30174-083 NAME: MCFADDEN, FRANCIS H


NEXT PAROLE HEARING DATE.........: N/A
TYPE OF HEARING..................: CONTINUE TO EXPIRATION

ACTUAL SATISFACTION DATE.........: 11-28-2003
ACTUAL SATISFACTION METHOD.......: MAND PAR
ACTUAL SATISFACTION FACILITY.....: CDC
ACTUAL SATISFACTION KEYED BY.....: JAF

DAYS REMAINING...................: 1897
FINAL PUBLIC LAW DAYS............: 1

REMARKS.......: INMATE RECEIVED FROM DCDOC. /RLJ
                7/09/03 CCC FAILURE RMVD FRM HOPE VILLAGE (2FJ) BY USM.
```

* Day remaining should not have increased to 3110

Why did days increase to 3110 and 4209 and 3589

I had APPROX. 6 yrs left from 11/28/03 TO Full TERM EXPIRATION 2/9/09

G0000 TRANSACTION SUCCESSFULLY COMPLETED

Contact For information
Ms Michelle Gordon
2) 442 1499



Court S...

CSOSA
Computation
2/9/09 Full
Term Expiration
Correct
Pg 4 Pg 10

| | | ...isposition | Verified | Points | Group # |
|---|---|---|---|---|---|
| | | ...d | IGIS | - | - |
| | | ...nfinement | IGIS | - | - |
| ...10 80 | Burglary Second Degree 1981 FEL 1169 | Indicted 2-25-81; 5 to 15 years confinement concurrent with count '4' 8-18-81; sentence to run consecutive to case 1980FEL1718; released 6-8-92; violated parole and sentenced to 9 years confinement in 1995 (exact date unknown); paroled 11-28-03; rearrested and sentenced to 15 months confinement for violation 10-6-04; re-paroled 8-4-05 under Public Law Placement with a full-term date of 2-14-2014; parole time computed by CSOSA and reduction of parole time granted and amended to reflect full-term date of 2-9-09; violated parole with Instant Offense; parole violation warrant issued 4-13-06; detained 5-3-06; ***USPC Revocation Hearing scheduled for 10-4-06*** | FBI / IGIS | 2 pts. | 7-M |

The correct Date was made as You can see.

**PRIOR CRIMINAL RECORD (CONTINUED):**

**Washington, DC**

| *Date of Offense* | *Offense* | *Disposition* | *Verified* | *Points* | *Group #* |
|---|---|---|---|---|---|
| 3-3-06 | Burglary Second Degree Count 3 | **Instant Offense** | FBI / IGIS | - | - |
| | Theft First Degree Count 4 | *To Be Dismissed at Sentencing* | IGIS | - | - |
| | Destruction of Property over $200 Count 5 | *To Be Dismissed at Sentencing* | IGIS | - | - |
| | Burglary II Count 6 | *To Be Dismissed at Sentencing* | IGIS | - | - |
| | Theft First Degree Count 7 | *To Be Dismissed at Sentencing* | IGIS | - | - |
| | | | | **Total Score:** | **4.25** |

**PROBATION/PAROLE/PRE-DISPOSITION ADJUSTMENT:**

In the District, the defendant was sentenced on August 18, 1981 to five to 15 years confinement for two counts of Second Degree Burglary (1981FEL1169, counts '1' and '2') – both of which were ordered to run concurrent to case 1980FEL1718 (Attempted Unauthorized Use of a Vehicle – Count '5'). He was ordered to serve one year confinement in the concurrent case. The defendant remained confined for approximately 12 years before he was released to the community. According to the defendant, he was expected to be supervised by a probation officer upon his release, but he never reported because he was unaware of his continued obligation to the Court. Shortly after his release, he was rearrested for another Second Degree Burglary offense (1993FEL5822) in which he received a three to nine year sentence. The defendant stated a hearing with the United States Parole Commission (USPC) was not held until 1995 when he was released to a halfway house. The USPC sentenced him to nine years confinement as a consequence for his violations. He was released on October 20, 2003 to the Bannum Halfway House as a transition phase back into the community.

Available running records indicate Mr. McFadden was paroled from the halfway house on November 28, 2003 at which time his case was assigned to Community Supervision Officer (CSO) AiVan Phan. The defendant reported as instructed and he remained drug free with the

**PROBATION/PAROLE/PRE-DISPOSITION ADJUSTMENT (CONTINUED):**

exception of one surveillance, which was positive for alcohol. Mr. McFadden was rearrested on April 6, 2004 for Simple Assault (2004DVM1139), which was not prosecuted. The USPC was notified of his violation, which resulted in a warrant being issued for his arrest on April 13, 2004. On October 6, 2004, the defendant was sentenced to 15 months confinement for his rearrest violation by the USPC. On August 4, 2005, Mr. McFadden was released to Hope Village Halfway House under Public Law Placement.

While in the Hope Village, the defendant was also expected to be supervised for the originating charge, Second Degree Burglary (1981FEL1169). Orders issued by the USPC stipulated he was to receive mental health aftercare as a special condition of his release, as well as, participate in anger management. On September 14, 2005, the defendant participated in a psychological assessment, which concluded "no mental illness…no need for services". Subsequently, his case was transferred to the General Supervision Unit, where CSO Eboney Shirley (202-585-7756) monitored his adjustment, which she continues to do to date.

While under CSO Shirley, Mr. McFadden complied with the conditions of his parole until he was rearrested for the Instant Offense. He reported as instructed, obtained employment or sought employment when his job ended, remained drug free and attended anger management classes – which he successfully completed on March 29, 2006. During this stint of supervision, the defendant's full-term date was revisited by CSOSA who initially had his full-term date as February 14, 2014; however, when reviewed his full-term date should be February 9, 2009.

This was 2006 why did it change ??

Approximately three weeks before he completed anger management, however, the defendant was rearrested for the Instant Offense. He was released shortly after his detainment; however, the USPC issued a parole violation warrant, which was executed during an office visit on May 3, 2006. Mr. McFadden has remained detained ever since. A parole revocation hearing with the USPC has been rescheduled to October 4, 2006.

During his presentence interview, the defendant explained he was also convicted of Burglary in Virginia in 1972 at which time he was sentenced to 20 years confinement. According to Mr. McFadden (because the offense was not listed in FBI nor was there any record of it in Virginia), he served approximately six months of the sentence before he was released to Virginia with the stipulation he would be supervised via the District's probation office. At some point, he was remanded back to Virginia for a violation for which he was sentenced to an unspecified period of confinement. In 1979, however, he reported he was released with no further obligation to the courts; and, shortly after, he acquired the Burglary offense in 1981. No other periods of probation and/or parole were discovered.



CLIENT'S COPY

UNITED STATES/DISTRICT OF COLUMBIA

INDICTMENT FILED II
FEB 25 1981
ASSIGNED TO
JUDGE HANNON
Crim. Rule 105(b)(2(1)

UNITED STATES v.
FRANCIS H. MCFADDEN

CROSS REFERENCE SEE:

# Superior Court of the District of Columbia
## CRIMINAL DIVISION

Number Desk Only

Charges Filed 3
Felony ABC
Misdemeanor
Traffic
D.C.

Court File Date: 2-13-81
LOCK UP: L-10
PDID 227225
CCR 366309

☐ CITATION ☐ BOND ☐ Collateral $ Page Number

| NAME OF DEFENSE COUNSEL | CODE | S | C | A | R | DATE WITHDRAWN |
|---|---|---|---|---|---|---|
| 1. ~~[illegible]~~ | 112-201 | ☐ | ☑ | ☐ | ☐ | |
| 2. E. Freitzburg | 94090 | ☐ | ☐ | ☐ | ☐ | |

| NAME OF PROSECUTOR | CODE | COURT REPORTER |
|---|---|---|
| 1. | | |
| 2. | | |

| COUNTS | CHARGES |
|---|---|
| A | B-2 |
| B | BRA |
| C | BRA(F) |
| D | |
| E | |
| F | |
| G | |
| H | |
| I | |
| J | |
| K | |
| L | |
| M | |
| N | |
| O | |
| P | |
| Q | |
| R | |
| S | |
| T | |
| U | |
| V | |
| W | |
| X | |
| Y | |
| Z | |

Number Clerk G

### FILE DATE DISPOSITIONS

Count(s) ______ No Papers
Count(s) A Nolle Prosequi
Prosecutor:

Count(s) B PLEA: ☐ Not Guilty ☐ Guilty JUDGMENT: ☐ Not Guilty ☐ Guilty

| CONTINUED DATE | |
|---|---|
| ARRAIGNMENT | |
| FORENSIC REPORT | |
| PREL HEARING | 2-18-81 |
| STATUS HEARING | |
| JURY TRIAL | |
| NON-JURY | |
| PROBATION R & S | |
| TRAFFIC SCHOOL | |

☑ Defendant informed of rights pursuant to Superior Court Rule 5 (b) including the right to counsel.
☐ PERSONAL RECOGNIZANCE
☐ Third Party Custodian
☐ Collateral Remains
☐ Defendant Advised of Penalties for Failure to Appear.

BOND IN THE AMOUNT OF 5000 ☐ UNSECURED ☐ CASH ___% ☑ SURETY

☑ DEFENDANT COMMITTED CLERK phs.
JUDGE: Nunzio

GRAND JURY NO. F876-81B
PDID No.
ARRAIGNMENT SET MAR 6 1981 9:30 A.M.
NOTICES SENT

FELONY

### ADDITIONAL FILE DATE ENTRIES

A CLOSED | Awaiting C.J. | Cont. to pay | B PENDING | Updated | JUDGE

A TRUE COPY
TEST:
Clerk Superior Court of the District of Columbia
By: [signature] Deputy Clerk

PROBATION REFERRAL
☐ 163 Filed
Sentencing Date 10/2
Report Due Date 9/25
Received By 8-19-81
Date Received
Probation Officer

### FINAL DISPOSITION ONLY

DATE NOV 13 1981 (C)

Deft. Sent FROM 6 - 18 Months X To Run Consec (AFTER) F 1718-80E

COURT REPORTER | CLERK | JUDGE JUDGE HANNON

Diversion Programs
Date Admitted
☐ ACCELERATED
☐ 1st OFFENDER
☐ CROSSROADS
☐ SPECIAL DIVERSION
☐ D.U.I. DIVERSION
☐ ______ DIVERSION

All Counts Closed
JACKET MAY GO TO CLOSED FILES
Updated by

AC CLOSED | Awaiting C.J. | Cont. to pay | PENDING | Updated By

F 876 '81

Form CD(14)-1022/Aug 80



Close Open Save Print Docket Parties Notes Tickler Costs Events Docket Group Service Sumry

Release Status
Arrest Agency
Bond Amt
Badge #
Case Judge HANNON, JOSEPH M
Officer

Defendant (Criminal)
Full Name MCFADDEN, FRANCIS H
D.O.B. 05/21/1952
PDID 227225 DCDC#
DLN DL St
Gender Male Race *Black

Attorney(s) 0 of 0
Code

Alias Name(s) 0 of 0

Address Type Home Address 1 of 2
Address 1825 KILBOURNE PL NW
City/ST/Zip WASHINGTON DC
Address Type Home Address
Address 9015GREENWAY CT
City/ST/Zip SHADYGROVE MD 20010

Charge1 U987 Type:Pro 1 of 3
CCN 0366309 Arrest# Arrest Dt
Description BURGLARY II
Enhancement(s) 0 of 0

Charge2 U994 Type:Pro
CCN 0366309 Arrest# Arrest Dt
Description BAIL REFORM ACT-FELONY
Enhancement(s) 0 of 0

Charge3 2994 Type:Ind
CCN 0366309 Arrest# Arrest Dt
Description BAIL REFORM ACT-FELONY
Enhancement(s) 0 of 0

Next Event Date/Time
Event Judge
Case Disp Plea - Disp Date 08/18/1981
Judgment Guilty

Linked Group(s) 0 of 0

Prosecutors 0 of 0
Agency Full Name

Case Comments

Case Attributes
Case Number 1981 FEL 000876
Filed 02/13/1981
Status Closed
Secret Case F Incomplete F




1981 FEL 000876 United States Vs. MCFADDEN, FRANCIS H

Search Criteria
Docket Entry
Images All Dockets
Participant
Display Option

Begin Date
End Date

SortDescending

Search Results

| Docket Date | Reference | Description | Amt Dism/Credit | Amt Owed/ | Amount Due |
|---|---|---|---|---|---|
| 11/13/1981 | | COUNT: 3 CHARGE:BAIL REFORM ACT-FEL<br>CONCUR:<br>TYPE:CONFINEMENT ONLY COMMENT:<br>CONFINEMENT: 006 M / 018 M CONF. SUSP: | | | |
| 2/13/1981 | | CASE WAS FILED | | | |

# Superior Court of the District of Columbia

## CRIMINAL DIVISION

INDICTMENT FILED II
FEB 25 1981
ASSIGNED TO
JUDGE HANNON
Crim. Rule 105(b)(2)(1)

UNITED STATES v.
FRANCIS H. MCFADDEN

CROSS REFERENCE
SEE:

Number Desk Only
Charges Filed 7
Felony A-G
Misdemeanor
Traffic
D.C.

Court File Date: FEB 25 1981
LOCK UP: L
PDID 227-225
CCR 534-946

☐ CITATION ☐ BOND ☐ Collateral $ ______ Page Number ______

| NAME OF DEFENSE COUNSEL | CODE | S C A R | DATE WITHDRAWN |
| --- | --- | --- | --- |
| 1. E. Kurtzberg | 940-878 | ☐☐☐ | |
| 2. | | ☐☐☐☐ | |

| NAME OF PROSECUTOR | CODE | COURT REPORTER |
| --- | --- | --- |
| 1. R. O'Neill | 941-831 | Lyndon L. Rust, Official Court Reporter |
| 2. | | |

| COUNTS | CHARGES |
| --- | --- |
| A | |
| B | |
| C | |
| D | |
| E | |
| F | |
| G | |
| H | |
| I | |
| J | |
| K | |
| L | |
| M | |
| N | |
| O | |
| P | |
| Q | |
| R | |
| S | |
| T | |
| U | |
| V | |
| W | |
| X | |
| Y | |
| Z | |

Number Clerk

### FILE DATE DISPOSITIONS

Count(s) ______ No Papers
Count(s) ______ Nolle Prosequi
Prosecutor ______

Count(s) ______ PLEA: ☐ Not Guilty ☐ Guilty JUDGMENT: ☐ Not Guilty ☐ Guilty

GRAND JURY NO.
PDID NO.
ORIGINAL
ARRAIGNMENT SET
MAR 6 1981 9:30 A.M.
NOTICES SENT

| CONTINUED DATE | |
| --- | --- |
| ARRAIGNMENT | |
| FORENSIC REPORT | |
| PREL. HEARING | |
| STATUS HEARING | 4-17-81 |
| JURY TRIAL | 8-20-81 |
| NON-JURY | |
| PROBATION R & S | |
| TRAFFIC SCHOOL | |

☐ Defendant informed of rights pursuant to Superior Court Rule 5 (b) including the right to counsel
☐ PERSONAL RECOGNIZANCE
☐ Third Party Custodian
☐ Collateral Remains
☐ Defendant Advised of Penalties for Failure to Appear

BOND IN THE AMOUNT OF $5,000.00 ☐ UNSECURED ☐ CASH ___% ☐ SURETY

☐ DEFENDANT COMMITTED
CLERK
JUDGE J. Hannon

FELONY

### ADDITIONAL FILE DATE ENTRIES

A TRUE COPY
TEST: ______
Clerk Superior Court of the District of Columbia
By: ______
Deputy Clerk

CLOSED ☐ Awaiting C.J. ☐ Cont. to pay — A-G — PENDING — Updated By — JUDGE

PROBATION REFERRAL
☐ 163 Filed
Sentencing Date 10/3
Report Due Date 9/25
Received By 8-19-81
Date Received
Probation Officer

### FINAL DISPOSITION ONLY

DATE: NOV 13 1981

(A) Deft. Sent. BA - 5-15 Years
(D) " " " " " "
To Run Concurrent with
F 1178-80

Counts B, C, E, F, G - Dismissed

COURT REPORTER #17 — CLERK — JUDGE: JUDGE HANNON

Diversion Programs
Date Admitted
☐ ACCELERATED
☐ 1st OFFENDER
☐ CROSSROADS
☐ SPECIAL DIVERSION
☐ D.U.I. DIVERSION
☐ ______ DIVERSION

All Counts Closed
JACKET MAY GO TO CLOSED FILES
Updated by

A-G CLOSED ☐ Awaiting C.J. ☐ Cont. to pay — PENDING — Updated by

F 1169 '81

Form CD(14)-1022/Aug 80

# Superior Court of the District of Columbia

CRIMINAL DIVISION

## JUDGMENT AND COMMITMENT ORDER

UNITED STATES OF AMERICA

VS

Francis H. MCFADDEN

Case Number F-1169-81

PDID Number 227-225

WHEREAS the above-named defendant having entered a plea of ☐ Not Guilty ☒ Guilty to the charge(s) of A BII D-BII

and having been found guilty by ☐ Jury ☒ the Court

and a pre-sentence investigation and report having been ☐ prepared and considered ☐ not requested

IT IS HEREBY ADJUDGED that the defendant has been convicted of and is guilty of the offense(s) charged.

The defendant having been given an opportunity to make a statement in his own behalf, and the government having had the opportunity to reply thereto, it is hereby

ORDERED that the defendant be committed to the custody of the Attorney General or his authorized representative for imprisonment for a period of

(A) Deft sentenced 5-15 years
(D) " " " " 5-15 years
Concurrent with F-1718-80

A TRUE COPY
TEST: OCT 17 2007
Clerk Superior Court of the District of Columbia
By: [signature]
Deputy Clerk

IT IS FURTHER ORDERED that the Clerk or his Deputy deliver a true copy of this order to the United States Marshal and that the copy shall serve as the commitment of the defendant.

11-13-81
Date

[signature]
Judge

A TRUE COPY OF THIS ORDER DELIVERED TO THE U.S. MARSHAL OR HIS DEPUTY:

11-13-81
Date

[signature]
Deputy Clerk

Form CD(18)-1039/Nov. 80
Previous editions (CD-48) may be used.

White — Court Jacket
Canary — Jail
Pink — Prosecutor
Goldenrod — Defense Counsel

81—P5544



Close Open Save Print Docket Parties Notes Tickler Costs Events Docket Group Service Sumry

Release Status
Arrest Agency
Bond Amt
Badge #
Case Judge HANNON, JOSEPH M
Officer

Defendant (Criminal)
Full Name MCFADDEN, FRANCIS H
D.O.B. 05/21/1952
PDID 227225 DCDC#
DLN DL St
Gender Male Race *Black

Attorney(s) 0 of 0
Code

Alias Name(s) 0 of 0

Address Type Home Address 1 of 2
Address 1825 KILBOURNE PL NW
City/ST/Zip WASHINGTON DC
Address Type Home Address
Address 9015GREENWAY CT
City/ST/Zip SHADYGROVE MD 20010

Charge1 2987 Type:Ind 1 of 7
CCN 0534946 Arrest# Arrest Dt
Description BURGLARY II
Enhancement(s) 0 of 0

Charge2 2957 Type:Ind
CCN 0534946 Arrest# Arrest Dt
Description GRAND LARCENY
Enhancement(s) 0 of 0

Charge3 2023 Type:Ind
CCN 0534946 Arrest# Arrest Dt
Description DEST OF PROPERTY
Enhancement(s) 0 of 0

Charge4 2987 Type:Ind
CCN 0534946 Arrest# Arrest Dt
Description BURGLARY II
Enhancement(s) 0 of 0

Charge5 2957 Type:Ind
CCN 0534946 Arrest# Arrest Dt
Description GRAND LARCENY
Enhancement(s) 0 of 0

Charge6 2023 Type:Ind
CCN 0534946 Arrest# Arrest Dt
Description DEST OF PROPERTY
Enhancement(s) 0 of 0

Charge7 2935 Type:Ind
CCN 0534946 Arrest# Arrest Dt
Description DEST PROP OVER 200
Enhancement(s) 0 of 0

Next Event Date/Time
Event Judge
Case Disp Plea - Disp Date 08/18/1981
Judgment Guilty

Linked Group(s) 0 of 0

Prosecutors 0 of 0
Agency Full Name

Case Comments

Case Attributes
Case Number 1981 FEL 001169
Filed 02/25/1981
Status Closed
Secret Case F Incomplete F

Close Open Save Print Search FullScr Custdy Parties Image Sumry Tickler Events Track Report Labels Docket System Notes Calc ImgLnk Re-Order View Dkt ID Options Doc

1981 FEL 001169 United States Vs. MCFADDEN, FRANCIS H

Search Criteria
Docket Entry
Images All Dockets
Participant
Display Option

Begin Date
End Date

SortDescending

Search Results

| Docket Date | Reference | Description | Amt | Amt Owed/ Dism/Credit | Amount Due |
|---|---|---|---|---|---|
| 11/13/1981 | | COUNT: 4 CHARGE:BURGLARY II<br>CONCUR:OTHER CASE<br>TYPE:CONFINEMENT ONLY COMMENT:<br>CONFINEMENT: 005 Y / 015 Y CONF. SUSP:<br>/ | | | |
| 11/13/1981 | | COUNT: 1 CHARGE:BURGLARY II<br>CONCUR:<br>TYPE:CONFINEMENT ONLY COMMENT:<br>CONFINEMENT: 005 Y / 015 Y CONF. SUSP:<br>/ | | | |
| 2/25/1981 | | CASE WAS FILED | | | |

80 01-17 F 6|30

19
(7)

INDICTMENT FILED JUN 11 1980 II
ASSIGNED TO JUDGE Hannon

UNITED STATES v.
FRANCIS H. MCFADDEN

# Superior Court of the District of Columbia
## CRIMINAL DIVISION

Number Desk Only
Charges Filed 2 C
Felony B
Misdemeanor A D
Traffic
D.C.

| COUNTS | CHARGES |
|---|---|
| A | UNA |
| B | UUV |
| C | UUV |
| D | UNR(M) |
| E | |
| F | |
| G | |
| H | |
| I | |
| J | |
| K | |
| L | |
| M | |
| N | |
| O | |
| P | |
| Q | |
| R | |
| S | |
| T | |
| U | |
| V | |
| W | |
| X | |
| Y | |
| Z | |

Number Clerk

Court File Date 4-10-80
LOCK UP L-7
PDID 227 225
CCR 165574

☐ CITATION ☐ BOND ☐ Collateral ____ Page Number ____

NAME OF DEFENSE COUNSEL — CODE — S C A R — DATE WITHDRAWN
1. ~~Alan Bayles~~ ~~A164~~ ☐ ☑ ☐ ☐
2. Ellen Kreitzberg ☐ ☐ ☐ ☐

NAME OF PROSECUTOR — CODE
1. ~~Peter DePaolis~~
2. R. ONeill 941-831

☐ Defendant informed of rights pursuant to Superior Court Rule 5 (b) including the right to counsel.

FILE DATE DISPOSITIONS
Count(s) A No Papers
Count(s) ____ Nolle Prosequi
Prosecutor: ____
Carolyn S. Gullidge
Official Court Reporter

PLEA: ☑ Not Guilty ☐ Guilty
JUDGMENT: ☐ Not Guilty ☐ Guilty

GRAND JURY NO. F 1718-80 B
PDID NO.

ARRAIGNMENT SET JUN 26 1980 9:00
NOTICES SENT A.M.

CONTINUED DATE ____ FOR

☐ ARRAIGNMENT ☐ JURY TRIAL ☐ FORENSIC REPORT
☐ A. M. STATUS ☐ NON-JURY ☐ TRAFFIC SCHOOL
☐ P. M. STATUS ☐ PROBATION R & S ☐ UNDER ADVISEMENT
☑ PREL. HEARING 4-18-80 X ☐ SENTENCE, NO RPT. ☐ ____

☐ PERSONAL RECOGNIZANCE
☑ Third Party Custodian B/Bond
BOND IN THE AMOUNT OF $3000 ☐ UNSECURED ☑ CASH 10% ☐ SURETY
☐ Collateral Remains
☑ DEFENDANT COMMITTED
☑ Defendant Advised of Penalties for Failure to Appear.
JUDGE: Norman

FELONY

A TRUE COPY 2007
TEST
Clerk, Superior Court of the District of Columbia
By: Deputy Clerk

CROSS REFERENCE
See:

APR 10 1980 ADDITIONAL FILE DATE ENTRIES
Complaint filed by Govt.
NOV 13 1981 (E
C.T. RPT. Boughton
"E Deft Sent to ATT UUV
ONE(1) Year
Count D Dismissed
See F-876-81/F 1169-81
JUDGE HANNON
JUDGE

Diversion Programs
Date Admitted
☐ ACCELERATED
☐ 1st OFFENDER
☐ CROSSROADS
☐ SPECIAL DIVERSION
☐ ____ DIVERSION

ABCDE
Awaiting G.J.
Cont.
A/B PENDING
Updated By

F 1718 '80

# Superior Court of the District of Columbia

CRIMINAL DIVISION

## JUDGMENT AND COMMITMENT ORDER

UNITED STATES OF AMERICA

vs

Francis H. McFadden

Case Number F-1718-80

PDID Number 227-225

WHEREAS the above-named defendant having entered a plea of ☐ Not Guilty ☑ Guilty

to the charge(s) of E- AH UUV

and having been found guilty by ☐ Jury ☐ the Court

and a pre-sentence investigation and report having been ☑ prepared and considered ☐ not requested

IT IS HEREBY ADJUDGED that the defendant has been convicted of and is guilty of the offense(s) charged.

The defendant having been given an opportunity to make a statement in his own behalf, and the government having had the opportunity to reply thereto, it is hereby

ORDERED that the defendant be committed to the custody of the Attorney General or his authorized representative for imprisonment for a period of

ONE (1) year

A TRUE COPY
TEST: OCT 17 2007
Clerk Superior Court of the District of Columbia
By: [signature]
Deputy Clerk

IT IS FURTHER ORDERED that the Clerk or his Deputy deliver a true copy of this order to the United States Marshal and that the copy shall serve as the commitment of the defendant.

11-13-81
Date

[signature]
Judge

A TRUE COPY OF THIS ORDER DELIVERED TO THE U.S. MARSHAL OR HIS DEPUTY:

11-13-81
Date

[signature]
Deputy Clerk

Form CD(18)-1039/Nov. 80
Previous editions (CD-48) may be used.

White — Court Jacket
Canary — Jail
Pink — Prosecutor
Goldenrod — Defense Counsel

81—P5544



Close Open Save Print Docket Parties Notes Tickler Costs Events Docket Group Service Sumry

Release Status
Arrest Agency
Bond Amt
Badge #
Case Judge HANNON, JOSEPH M
Officer

Defendant (Criminal)
Full Name MCFADDEN, FRANCIS H
D.O.B. 05/21/1952
PDID 227225
DCDC#
DLN
DL St
Gender Male
Race *Black

Attorney(s) 0 of 0
Code

Alias Name(s) 0 of 0

Address Type Home Address 1 of 2
Address 1825 KILBOURNE PL NW
City/ST/Zip WASHINGTON DC
Address Type Home Address
Address 9015GREENWAY CT
City/ST/Zip SHADYGROVE MD 20010

1 of 5

Charge1 U079 Type:Pro
CCN 0165574 Arrest# Arrest Dt
Description MARIJUANA POSSESSION
Enhancement(s) 0 of 0

Charge2 U982 Type:Pro
CCN 0165574 Arrest# Arrest Dt
Description UUA
Enhancement(s) 0 of 0

Charge3 2982 Type:Ind
CCN 0165574 Arrest# Arrest Dt
Description UUA
Enhancement(s) 0 of 0

Charge4 2079 Type:Ind
CCN 0165574 Arrest# Arrest Dt
Description MARIJUANA POSSESSION
Enhancement(s) 0 of 0

Charge5 U005 Type:Pro
CCN 0165574 Arrest# Arrest Dt
Description ATT UUV
Enhancement(s) 0 of 0

Next Event
Event Judge
Date/Time
Case Disp Plea -
Judgment Guilty
Disp Date 08/18/1981

Linked Group(s) 0 of 0

Prosecutors 0 of 0
Agency
Full Name
Case Comments

Case Attributes
Case Number 1980 FEL 001718
Filed 04/10/1980
Status Closed
Secret Case F
IncompleteF



1980 FEL 001718 United States Vs. MCFADDEN, FRANCIS H

Search Criteria
Docket Entry
Images All Dockets
Participant
Display Option

Begin Date
End Date

SortDescending

Search Results

| Docket Date | Reference | Description | Amt Dism/Credit | Amt Owed/ | Amount Due |
|---|---|---|---|---|---|
| 11/13/1981 | | COUNT: 5 CHARGE:ATT UUV<br>CONCUR:<br>TYPE:CONFINEMENT ONLY COMMENT:<br>CONFINEMENT: 001 Y / CONF. SUSP: | | | |
| 4/10/1980 | | CASE WAS FILED | | | |

Exhausted
ADMIN. REMEDIES
And their response

SCH 1330.13G
Attachment 1

L, Pennsylvania

' PROCEDURE FOR INMATES
SOLUTION FORM

**NOTE TO**
Form BP-22
Briefly st
state the

iceiving and filing a Request for Administrative Remedy your complaint through your Correctional Counselor. you have made to resolve your complaint informally and

Issued

Date Is

orrectional Counselor)

8

**INMATE'S COMMENTS:**

1. Complaint: ERROR IN DATES ON Time Computation Sheet

2. Efforts you have made to informally resolve complaint: Spoke with Records office personal & Contacted Mr A. Faller Time computation in TEXAS

Names of staff you contacted: RECORD office Time Computation in TEXAS Mr A Faller

Date Returned to Correctional Counselor: 4/30/08

Francis McFadden
Inmate's Signature

30174083
Reg. Number

4/30/08
Date

**CORRECTIONAL COUNSELOR'S COMMENTS:**

1. Efforts made to informally resolve and staff contacted: You ARE SERVING 2 terms simultaneously. Your sentence has been computed AND CERTIFIED by the DSCC.

Date BP-229(13) Issued: 5/13/08 # 04-11

Shires
Correctional Counselor

Date Informally Resolved: ________ # ________

________
Inmate's Signature

Manager Review: ________ Date: ________



U.S. Department of Justice

Federal Bureau of Prisons

*Designation and Sentence Computation Center*
*Grand Prairie, Texas 75051*

March 19, 2008

Francis McFadden
Reg. No. 30174-083
Federal Correction Institution
P.O. Box 759
Minersville, PA 17954

Dear Mr. McFadden:

This is in response to your correspondence which was received at the Designation and Sentence Computation Center (DSCC) in which you allege your sentence computation is incorrect. Specifically, you request your computation be corrected and that a copy of the corrected computation be provided to you. In addition, you request copies of documents pertaining to your incarceration.

DSCC staff have reviewed your sentence computation and found it to be accurate. In addition, you may obtain a copy of your computation from institution Records Office staff. As you were previously informed, if you are not satisfied with this response, you may file an appeal through the established administrative remedy procedures.

If you wish to obtain documents that are not maintained in your Central File, you must submit your request our Freedom of Information Office in Washington, D.C. In addition to your request, you must submit an original signed release authorization or Certificate of Identity form. Should you have additional questions with regard to obtaining documents, please direct them to the Federal Bureau of Prisons, Freedom of Information Act/Privacy Act Section, Office of General Counsel, Room 841, 320 First Street N.W., Washington, D.C. 20534.

I trust this response has addressed your concerns.

Sincerely,

A. Faller
Operations Manager

hlr
cc: CMC, FCI Schuylkill

CLIENT'S COPY



# APPEAL

U.S. Department of Justice
United States Parole Commission

Name Francis McFadden

Register No. 30174-083 Institution FCI Schuylkill

I received a Notice of Action dated November 14, 2007 and appeal that decision under 28 C.F.R. §2.26 and/or §2.220.

Francis McFadden (Signature) 12/12/2007 (Date)

**INSTRUCTIONS:**

**Eligibility to file the appeal.** This appeal is available only to: (1) a U.S. Code offender who is eligible for parole (including a military offender); (2) a D.C. Code offender whose term of supervised release has been revoked; (3) a transfer treaty offender who committed the foreign offense before November 1, 1987; and (4) a state offender who is under the Commission's jurisdiction pursuant to 18 U.S.C. §3522.

**Procedures.** The appeal must be mailed to the Commission within 30 days from the date on the Notice of Action. The permissible grounds for appeal are described below. On page two of this form you must provide a brief summary of all the grounds for your appeal. On page three of this form you must provide a statement of the facts and reasons in support of each ground identified in your summary. Continuation pages are permitted for longer appeals. You may provide any additional information in an addendum to your appeal. The Commission may refuse to consider any appeal which does not follow this format. The appeal will be decided on the record, and you will be notified of the Commission's decision through a Notice of Action. Do not submit multiple copies of your appeal, and do not submit documents which are in the Commission's file.

**Mailing address.** You should mail the appeal to U.S. Parole Commission, Appeals Unit, 5550 Friendship Boulevard, Chevy Chase, MD 20815-7201.

**Permissible grounds for appeal.**

(a) The Commission relied on erroneous information, and the actual facts justify a different decision.

(b) There was significant information in existence but not known to me at the time of the hearing, and a different decision would have resulted if the information had been presented.

(c) The Commission made a procedural error in my case, and a different decision would have resulted if the correct procedure had been followed.

(d) The Commission applied a statute or regulation incorrectly (e.g., in determining my period of imprisonment as a supervised release violator, and/or my further term of supervised release).

(e) The Commission made an error in applying the guidelines (error in offense severity rating, salient factor score, and/or calculating time in custody).

(f) A decision outside the guidelines was not supported by the reasons or facts stated in the Notice of Action.

(g) There are especially mitigating circumstances in my case which justify a different decision.

An electronic version of this form can be down-loaded from the Commission's website, www.usdoj.gov/uspc. This form must be used for all appeals filed on or after September 1, 2003.



Instructions: Briefly describe the error...

## SUMMARY OF GROUNDS FOR APPEAL

**Instructions:** Briefly describe the error which you believe to have occurred, or the specific reason for the Commission to give you a different decision. You do not need to repeat the "ground for appeal" (from Page 1) which applies. Try to list your most important grounds for appeal first.

**Ground One**: The warrant issued by the United States Parole Commission on April 13, 2004, indicates I have 1,898 days remaining to be served on sentences totaling 15 years, 8 months. The warrant issued two years later on April 13, 2006, indicates that I have 3,110 days remaining to be served on sentences totaling 24 years, 18 months, 120 days. The sentences in question were all imposed well before the first warrant was issued in 2004, i.e. November 13, 1981 (5 to15 years); June 8, 1993 (3 to 9 years, 120 days), and should have been reflected in that warrant. There is no valid basis upon which to increase my sentences and the time remaining to be served on them between 2004 and 2006.

**Ground Two:** I have spent approximately 21 years, 11 months in custody on a total sentence of 24 years, 3 months. I have 2 years, 3 months (25 months) remaining on my sentences. If I serve the 72 months imposed in the Notice of Action of November 14, 2007, I will be in custody longer than the total sentence I received. The time I have spent in custody has been miscalculated by the Parole Commission.

**Note**: You may present as many grounds for appeal as you believe necessary. If you have more grounds for appeal than you can summarize in the space provided, you may complete your summary on a continuation page.

## STATEMENT OF FACTS AND REASONS IN SUPPORT OF EACH GROUND FOR APPEAL

**Instructions:** Please present your grounds for appeal in the order in which they appear in your summary. For each ground of appeal, use the following format, first stating the facts that are relevant to deciding the ground you have identified, and then the reasons why you believe the Commission erred and/or should make a different decision. Use continuation pages in the same format.

**Ground One**: (Circle the applicable ground for appeal from Page 1: a b (c) d (e) f g ).

**Facts:** The warrant issued by the United States Parole Commission on April 13, 2004, indicates I have 1,898 days remaining to be served on sentences totaling 15 years, 8 months. The warrant issued two years later on April 13, 2006, indicates I have 3,110 days remaining to be served on sentences totaling 24 years, 18 months, 120 days. The sentences in question were all imposed well before the first warrant was issued in 2004, i.e. November 13, 1981 (5 to15 years); June 8, 1993 (3 to 9 years, 120 days), and should have been reflected in that warrant. On November 13, 1981, I was sentenced to 5 to 15 years on the charges of attempted unauthorized use of a vehicle, a Bail Reform Act violation and two counts of Burglary II. Approximately *10 years, 7 months* later, on June 8, 1992, I was released from prison in Greenville, Virginia. One year later on June 8, 1993, I was arrested on another Burglary II charge and Bail Reform Act violation. On September 3, 1993, I was sentenced to 3 to 9 years for the burglary and 120 days consecutive for a Bail Reform Act violation. On May 24, 1994, my parole on my first case was revoked due to my conviction on the second case. Approximately *10 years, 6 months* after I was arrested, I was released on November 28, 2003. On October 6, 2004, my parole on my second case was revoked due to an arrest for assault on April 6, 2004, despite the fact that the charge was dismissed. I spent *10 months* in custody and was reparoled on August 4, 2005.

**Reasons:** There is no valid basis upon which to increase my sentences and the time remaining to be served on them between 2004 and 2006. The time remaining on my sentences has been miscalculated.

**Ground Two**: (Circle the applicable ground for appeal from Page 1: a b (c) d (e) f g ).

**Facts:** I have spent approximately 21 years, 11 months (10 years, 7 months + 10 years, 6 months + 10 months) in custody on a total sentence of 24 years, 3 months. I have 2 years, 3 months (25 months) remaining on my sentences.

**Reasons:** The time I have spent in custody on these sentences has been miscalculated. If I serve the 72 months imposed by the Commission in the Notice of Action of November 14, 2007, I will be in custody longer than the total sentence I received.

CLIENT'S COPY

U.S. Department of Justice
United States Parole Commission
5550 Friendship Boulevard
Chevy Chase, Maryland 20815-7201

**Notice of Action on Appeal**

Name: Mcfadden, Francis

Institution: Schuylkill FCI

Register Number: 30174-083

Date: February 1, 2008

The National Appeals Board examined the appeal of the above named and ordered the following:

Affirmation of the previous decision.

**REASONS:**

You are appealing the Commission's decision on the basis that the time that the Commission shows that you owe on your sentence is in error. You also claim that with the 72 months that the Commission is requiring you to serve for your parole violations; you will have served more time than had been imposed by the sentencing court. The information relating to the time that you owe on the balance of your sentence that the Parole Commission uses on its warrants and parole certificates is obtained from the Bureau of Prisons. The change in the number of days that you owed on your sentence from 2004 to 2006 was based upon a recalculation of your sentence by the Bureau of Prisons after you were released in 2003, but before your release in 2005 (the certificate of parole that you signed shows a full term date on the sentence of February 8, 2014). The Bureau of Prisons has the sole authority to compute your sentence and the Commission cannot address your claims in this appeal. If you think that there is an error in the computation of your sentences, you should raise the issue with the Bureau of Prisons through their administrative remedy procedure and ask that they review your sentence computation.

All decisions by the National Appeals Board on appeal are final.

Cc:

F 08-1328 JDB

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

**I (a) PLAINTIFFS**

FRANCIS H. McFADDEN

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE (PR)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
# 30174-083

**DEFENDANTS**

USPC

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT ______
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE

Case: 1:08-cv-01328
Assigned To : Bates, John D.
Assign. Date : 7/31/2008
Description: Pro Se General Civil

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ■ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT

**(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)**

**☐ A. *Antitrust***

- ☐ 410 Antitrust

**☐ B. *Personal Injury/ Malpractice***

- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 368 Asbestos Product Liability

**☐ C. *Administrative Agency Review***

- ☐ 151 Medicare Act

Social Security:
- ☐ 861 HIA ((1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g)
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g)

Other Statutes
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**☐ D. *Temporary Restraining Order/Preliminary Injunction***

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**☐ E. *General Civil (Other)* OR ■ F. *Pro Se General Civil***

Real Property
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

Personal Property
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

Bankruptcy
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

Immigration
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus- Alien Detainee
- ☐ 465 Other Immigration Actions

Prisoner Petitions
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ■ 550 Civil Rights
- ☐ 555 Prison Condition

Property Rights
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

Federal Tax Suits
- ☐ 870 Taxes (US plaintiff or defendant
- ☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
- ☐ 610 Agriculture
- ☐ 620 Other Food &Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

Other Statutes
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act)

— O —

| ☐ G. *Habeas Corpus/ 2255* | ☐ H. *Employment Discrimination* | ☐ I. *FOIA/PRIVACY ACT* | ☐ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ☐ K. *Labor/ERISA (non-employment)* | ☐ L. *Other Civil Rights (non-employment)* | ☐ M. *Contract* | ☐ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

■ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ Multi district Litigation ☐ 7Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
42 USC 1983

**VII. REQUESTED IN COMPLAINT** CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23 **DEMAND $** Check YES only if demanded in complaint **JURY DEMAND:** ☐ YES ■ NO

**VIII. RELATED CASE(S) IF ANY** (See instruction) ☐ YES ■ NO If yes, please complete related case form.

**DATE** 7/31/08 **SIGNATURE OF ATTORNEY OF RECORD** NCD

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.