TO: THE HONORABLE JUDGE D. BATES
FR: FRANCIS McFADDEN 30174083
RE: CIVIL ACTION #081328 JDB

8/5/08

THE FOLLOWING INFORMATION IS A TRUE ACCOUNT OF THE TIME I SPENT IN PRISON

1) Judge Hannon imposed a sentence of 5yrs - 15yrs For Burgl. II (3 cts) 6 months - 18 months For B.R.A. (1 ct) NOV 13 1981. This sentence Expired June 8 1992. IF I HAD TO DO DAY FOR DAY, THIS SENTENCE WOULD EXPIRE DEC. 13, 1997. DURING MY INCARCERATION I MANAGED TO KEEP A SUPERIOR INSTITUTIONAL BEHAVIOR LEVEL, FOR PROGRAM PARTICIPATION EDUCATION AND VOCATIONAL AND SELF HELP PROGRAMS. THIS EARNED ME EXTRA GOOD DAYS Credit. TOTALING OVER 2½ yrs OVER A 12 yr span. MY Statutory Good TIME FOR THIS SENTENCE TOTALED 3yr 4 months. THIS WAS DEDUCTED FROM MY BACK NUMBER OF 15ys Thus I only HAD to do 10yrs Clean Conduct before my time Expired. I DID THIS.

RECEIVED AUG 13 2008 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT

2)

June 8, 1992 I was released from Greenville Correctional Facility. N.O. Parole Certificate was done upon my release. I was informed I had completed my sentenced to full term expiration. Judge Hannon did not impose a sentence of 24 yrs 18 months 120 days as it states on "060 of my time computation sheet done by FCI Schuykill, and Rivers Correct. Institute. This was an error done by some one in the Record Office.

2) Judge K. Christian imposed a sentence of 3yrs - 9yrs for Burgl. II (1 ct)
 120 days for Misd. B.R.A. (1 ct)
Sept 3, 1993. Before I pled guilty, I was placed on 5 day hold to run back ground check. The check was made finding I had no detainers or obligation to any other Juridiction and no parole warrents. I was then release on third party custody bond. This sentence expired after I did day for day Nov 3, 2002, but because of the 8yrs 6 months 4 day The D.C. Parole Board said I owe them

3)

FROM 1981 CONVICTION I WASN'T RELEASED UNTIL 2003 WHICH WAS MY NEW MAND RELEASE DATE, THIS SHOULD HAVE BEEN MY FULL TERM EXPIRATION FOR JUDGE HANNON AND JUDGE K. CHRISTIAN, I SHOULD NOT HAVE BEEN PLACED ON PAROLE, FROM 1993 - 2002 is 9yrs. Judge CHRISTIAN ONly Sentenced me to 9yrs. I had done 10yr+ before I was released.

3) JUDGE Cushenberey imposed a Sentence of 30 months. 9-20-2006 for Burgl II (1 ct) THIS SENTENCE, FULL TERM EXPIRATION IS NOV 20, 2008 AFTER WHICH I AM TO START Court imposed 36 month Supervised Supervision. THE U.S. PAROLE Commission HAS INCreased my Full tERm EXPIRATION DATE TO 11-7-2014 STATING I OWE 8yr 6months 4days FROM JUDGE HANNON SENTENCE from 1981. THIS IS THE SAME 8yrs 6months 4day I STARTED Doing in 1995. I Finished this in 2003. I Shouldn't have to do 17yrs 8 days for the same violation? THE PRE-SENTENCE REPORT Which was done by CSOSA, U.S. PAROLE Commission and CSO Ms. Michelle Gordon Clearly STATES MY MAND. RELEASE DATE IS NOV 20, 2008 Full TERM DATE 3-17-2009.

COMMENTS: THE US PAROLE COMMISSION Can not retreive MY D.C D.C. FILE, THEY DON'T HAVE MY Good DAYS EARNED, THEY Don't HAVE AN ACTION Sheet FROM D.C. PAROLE BOARD's revoking Parole, IN 1995 NOR The 8yrs 6months 4 day I did because of D.C. Parole board Decision. MY POSITION IS THIS. SIMPle Math. Total of sentence imposed Minus total TIME SPENT INCArcerateD, 27yrs of the last 28yrs I have been incarcerated, I HAVE EARned over 2½yrs Good days; the total sentence for both Judge Hannon And Judge CHRistian total 25yrs. Day for Day. I HAVE DONE 2yrs MORE And count good days earned. WHEN is enough, ENOUGH.

CONCLUSION: THE RELIEF I SEEK IS SIMPle GIVE ME CREDIT FOR TIME INCArCERATED MY JAIL CREDIT AND Good DAYS EARNED DEDUCT THAT FROM THE SENTENCES IMPOSED AND IF I AM CORRECT RELEASE ME TO START 36 months Supervise Supervision Immediately. THIS WOULD BE THE JUST THING TO DO.

5)

Judge D. Bates, I am a layman at the legal aspects of this civil action but I do know math. Simple math never lies 1-1=0. Judge Hannon imposed 5-15 yrs. sentence on me 1981 not 24 yrs 18 months 120 days Judge Christian imposed 3-9 yrs sentence on me 1993. I have been incarcerated day for day for each sentence. How can I still owe?

I would like to thank you for your careful review of my case and I look forward to your just decision.

Respectfully Submitted
Francis McFadden